# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSH LENCHICK, | : | |
| Petitioner | : | 3:20-CV-0905 |
| v. | : | |
| WARDEN D. EASTER, | : | (JUDGE MANNION) |
| Respondent | : | |
| | : | |

## ORDER

Based on the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** Petitioner Josh Lenchick's letter Motion for Immediate Compassionate Release to Home Confinement, **(Doc. 706)**, is construed as an emergency petition for writ of habeas corpus pursuant to 28 U.S.C. §2241.

**(2)** The clerk of court is directed to docket Lenchick's Doc. 706 motion as a §2241 habeas petition and to assign it a separate civil number. Due to the immediate request for relief sought, the clerk of court is directed forgo the thirty-day administrative order requiring defendant to pay the filing fee for a habeas petition, as that can be addressed in the proper jurisdictional court.

**(3)** The clerk of court is then directed to forthwith transfer Lenchick's habeas petition to the U.S. District Court for the District of Connecticut.

**(4)** To the extent Lenchick's Doc. 706 motion can be construed a motion for compassionate release, it is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction since he has failed to comply with §3582(c)(1)(A)'s exhaustion requirement.

**(5)** To the extent Lenchick's Doc. 706 motion is deemed as a motion for immediate release to home confinement under the CARES Act, it is **DISMISSED** since the court lacks authority to grant such relief under the Act.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: June 3, 2020**
17-188-01-Order